KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil No. 3:13-cv-00042-MMD-VPC |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE DEADLINES (Second Request) |
| DAVID A. CATES, and GISELA J. CATES, | (And Proposed ORDER) |
| Defendants. | |

COMES now the plaintiff, the United States of America, by and through its undersigned counsel, and the defendants, David A. Cates and Gisela J. Cates, and hereby stipulate as follows:

1. Pursuant to the Order entered December 5, 2013 (Doc. 21), the deadline to file dispositive motions is February 3, 2014, and if no dispositive motion is filed, the pretrial order is due by March 5, 2014. The parties stipulate that these deadlines be continued until June 30, 2014, and July 30, 2014, respectively.

2. The parties are currently working towards a resolution of this matter. Defendants David and Gisela Cates are currently working with a lender (US Bank) to obtain financing in order to resolve this matter. In order to obtain funding, the lender required Mr. and Mrs. Cates to transfer the ownership of the property from the Cates Family Limited Partnership to David A. Cates and Gisela J. Cates. Mr. and Mrs. Cates have

made the required transfer and recorded it with the Elko County Recorder. However, they now have to wait 120 days to resubmit their application to the lender.

3. On January 29, 2014, the undersigned counsel for the United States spoke with the lending officer with regard to this matter. The lending officer confirmed the information set forth above, in paragraph 2, and stated that she was continuing to work with Mr. and Mrs. Cates on obtaining the funding, and that once the application was resubmitted at the end of the 120 day period it may take up to 45 days to finalize.

3. In consideration of the above, the parties respectfully request that the current deadlines set forth in paragraph 1, above, be continued until June 30, 2014 and July 30, 2014, respectively, so that the parties may work to resolve this matter. The parties make this motion in good faith and for the purpose of attempting to resolve this matter, and not for purposes of delay.

WHEREFORE, the parties request that the dispositive motion deadline be continued until June 30, 2014, and if no dispositive motion is filed the pretrial order be due July 30, 2014.

Respectfully submitted this 30th day of January, 2014.

KATHRYN KENEALLY
Assistant Attorney General

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484

Of Counsel:
DANIEL BOGDEN
United States Attorney

Date: February 4, 2014

/s/ David A. Cates
DAVID A. CATES

/s/ Gisela J. Cates
GISELA J. CATES

2726 Shadow Ridge Drive
Elko, NV 89801
Telephone: 775-778-9902

IT IS SO ORDERED.

_____
VALERIE P. COOKE
United States Magistrate Judge

- 2 -