KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID A. CATES, and<br>GISELA J. CATES,<br><br>Defendants. | Civil No. 3:13-cv-00042-MMD-VPC<br><br>STIPULATION TO CONTINUE<br>DEADLINES (Second Request)<br>(And Proposed ORDER) |

   COMES now the plaintiff, the United States of America, by and through its undersigned counsel, and the defendants, David A. Cates and Gisela J. Cates, and hereby stipulate as follows:

   1. Pursuant to the Order entered December 5, 2013 (Doc. 21), the deadline to file dispositive motions is February 3, 2014, and if no dispositive motion is filed, the pretrial order is due by March 5, 2014. The parties stipulate that these deadlines be continued until June 30, 2014, and July 30, 2014, respectively.

   2. The parties are currently working towards a resolution of this matter. Defendants David and Gisela Cates are currently working with a lender (US Bank) to obtain financing in order to resolve this matter. In order to obtain funding, the lender required Mr. and Mrs. Cates to transfer the ownership of the property from the Cates Family Limited Partnership to David A. Cates and Gisela J. Cates. Mr. and Mrs. Cates have

1  made the required transfer and recorded it with the Elko County Recorder. However, they now have to wait
2  120 days to resubmit their application to the lender.

3        3. On January 29, 2014, the undersigned counsel for the United States spoke with the lending officer
4  with regard to this matter. The lending officer confirmed the information set forth above, in paragraph 2,
5  and stated that she was continuing to work with Mr. and Mrs. Cates on obtaining the funding, and that once
6  the application was resubmitted at the end of the 120 day period it may take up to 45 days to finalize.

7        3. In consideration of the above, the parties respectfully request that the current deadlines set forth
8  in paragraph 1, above, be continued until June 30, 2014 and July 30, 2014, respectively, so that the parties
9  may work to resolve this matter. The parties make this motion in good faith and for the purpose of
10 attempting to resolve this matter, and not for purposes of delay.

11       WHEREFORE, the parties request that the dispositive motion deadline be continued until June 30,
12 2014, and if no dispositive motion is filed the pretrial order be due July 30, 2014.

13 Respectfully submitted this 30th day of January, 2014.

14 KATHRYN KENEALLY
   Assistant Attorney General

16 /s/ Virginia Cronan Lowe  
   VIRGINIA CRONAN LOWE  
17 Trial Attorney, Tax Division  
   U.S. Department of Justice  
18 Post Office Box 683  
   Ben Franklin Station  
19 Washington, D.C. 20044  
   Telephone: (202) 307-6484  

/s/ David A. Cates  
DAVID A. CATES  

/s/ Gisela J. Cates  
GISELA J. CATES  

2726 Shadow Ridge Drive  
Elko, NV 89801  
Telephone: 775-778-9902  

21 Of Counsel:  
   DANIEL BOGDEN  
22 United States Attorney

25 Date: February 4, 2014

IT IS SO ORDERED.

VALERIE P. COOKE  
United States Magistrate Judge

- 2 -